Opinion filed March 16, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed March 16, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00035-CV 

                                                    __________

 

                                      IN RE DANNY LEE PERKINS

 



 

                                                Original
Mandamus Proceeding

 



 

                                              M
E M O R A N D U M   O P I N I O N

 

On February 6, 2006, this court received Danny Lee
Perkins=s pro se
petition for writ of mandamus.  The
petition did not comply with the requirements of Tex. R. App. P. 52, and Perkins
failed to either file the required fee or comply with Tex. R. App. P. 20.  The
clerk of this court informed Perkins of these defects in a letter dated
February 6, 2006.  Perkins has not
responded to  our
February 6 letter.

Perkins has failed to invoke the original
jurisdiction of this court.  This
proceeding is dismissed.

 

PER CURIAM

 

March 16, 2006

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.